# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                    :
In re:                              :  Chapter 11
                                    :
ExGen Texas Power, LLC,             :  Case No. 17-12377 (BLS)
                                    :  Tax. ID No. 47-1034129
            Debtor.                 :
------------------------------------------------------------x
In re:                              :  Chapter 11
                                    :
ExGen Texas Power Holdings, LLC,    :  Case No. 17-12378 (BLS)
                                    :  Tax. ID No. 47-1512209
            Debtor.                 :
------------------------------------------------------------:x
In re:                              :  Chapter 11
                                    :
Wolf Hollow I Power, LLC,           :  Case No. 17-12379 (BLS)
                                    :  Tax. ID No. 54-1966945
            Debtor.                 :
------------------------------------------------------------
                                    :
In re:                              :  Chapter 11
                                    :
Colorado Bend I Power, LLC,         :  Case No. 17-12380 (BLS)
                                    :  Tax. ID No. 04-3829083
            Debtor.                 :
------------------------------------------------------------ x
In re:                              :  Chapter 11
                                    :
Handley Power, LLC,                 :  Case No. 17-12381 (BLS)
                                    :  Tax. ID No. 30-0844091
            Debtor.                 :
------------------------------------------------------------x
In re:                              :  Chapter 11
                                    :
Mountain Creek Power, LLC,          :  Case No. 17-12382 (BLS)
                                    :  Tax. ID No. 38-3956288
            Debtor.                 :
------------------------------------------------------------x
```

```
------------------------------------------------------------x
In re:                              :   Chapter 11
                                    :
LaPorte Power, LLC,                 :   Case No. 17-12383 (BLS)
                                    :   Tax. ID No. 37-1765101
        Debtor.                     :
                                    :   Re: Docket No. 2
------------------------------------------------------------x
```

## ORDER DIRECTING THE JOINT ADMINISTRATION OF
## THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (this "Order"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the Debtors' chapter 11 cases, all as further described in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 18428626v.1

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted, as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-12377 (BLS).

3.      Nothing shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------x
                                         :
In re:                                   : Chapter 11
                                         :
ExGen Texas Power, LLC, et al.,          : Case No. 17-12377 (BLS)
                                         :
          Debtors.¹                      : (Jointly Administered)
---------------------------------------------------------------x
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  ExGen Texas Power, LLC (4129), ExGen Texas Power Holdings, LLC (2209), Wolf Hollow I Power, LLC (6945), Colorado Bend I Power, LLC (9083), Handley Power, LLC (4091), Mountain Creek Power, LLC (6288), and LaPorte Power, LLC (5101).  The Debtors' mailing address for the purposes of notice and communications is 1310 Point Street, Baltimore, MD 21231.

5.      A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of ExGen Texas Power, LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of ExGen Texas Power, LLC, et al. The docket in Case No. 17-12377 (BLS) should be consulted for all matters affecting this case.

6.      The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: Nov 8 _____, 2017
       Wilmington, Delaware

                                      _____
                                        THE HONORABLE BRENDAN L. SHANNON
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

4